23cv1006-DHU-KRS

united States Clerk
Can you Please file this
complaint for violating my
1, 5, 8, 14th ammendment rights
against . . . .

the board of County Commissioner
of the County of bernaillo
the City of albyqurque
Mayor tim keller
Chief Jason Jones @ metropoliton Det Center
Asst Cheif Sergio Sapiene @
metropoitan Det center

Please send me A 42 USC
1983
Blank application & a Blank
application in form papers

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 1 3 2023

MITCHELL R. ELFERS
CLERK

Gildardo Villa
_[signature]_

100150378
november /8/2023

100 Deputy Dean meaura Dr SW
Albuquerque NM, 87101
gildardo Villa
10015037 8

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 1 3 2023

MITCHELL R. ELFERS
CLERK

United States Clerk
533 lomas blud NW Ste 270
Albuquerque NewMexico 87102

87102$2274 CO23